UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL GARRAWAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JACQUILINE CIUFO, et al.,<br><br>　　　　Defendants. | 1:17-cv-00533-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL (ECF No. 37.)**<br><br>**DEADLINE: FEBRUARY 27, 2019** |

Mitchell Garraway ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). This case now proceeds with Plaintiff's original Complaint filed on April 17, 2017, against defendants Jacquiline Ciufo (Unit Manager), Corrections Officer K. Miller, and Lieutenant J. Zaragoza (collectively, "Defendants"), for failure to protect Plaintiff under the Eighth Amendment.

On January 29, 2019, Defendants filed a request for extension of time until February 27, 2019, to respond to the motion to compel production of documents filed by Plaintiff on January 17, 2019. (ECF No. 36.) Plaintiff has not filed an opposition to the request, and the time for filing an opposition has expired. Local Rule 230(*l*).

1

Good cause having been shown, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. Defendants' request for extension of time, filed on January 29, 2019, is GRANTED; and
2. Defendants are granted until February 27, 2019, to file a response to the motion to compel production of documents filed by Plaintiff on January 17, 2019.

IT IS SO ORDERED.

Dated: **February 25, 2019**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE