UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL GARRAWAY,<br><br>    Plaintiff,<br><br>vs.<br><br>JACQUILINE CIUFO, et al.,<br><br>    Defendants. | 1:17-cv-00533-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLIES**<br><br>**(ECF No. 63.)**<br><br>**DEADLINE: APRIL 5, 2019** |

    Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). This case now proceeds with Plaintiff's original Complaint filed on April 17, 2017, against defendants Jacqueline Ciufo (Unit Manager), K. Miller (Corrections Officer), and Lieutenant J. Zaragoza (collectively, "Defendants"), for failure to protect Plaintiff in violation of the Eighth Amendment. (ECF No. 1.)

    On March 20, 2019, Defendants filed an *ex parte* motion for an extension of time until April 5, 2019 for defendants Ciufo, Miller, and Zaragoza to file a reply in support of their motion for judgment on the pleadings, and for defendant Miller to file a reply in support of his motion for summary judgment. (ECF No. 63.)

1

The Court finds good cause to grant Defendants an extension of time. Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Ciufo, Miller, and Zaragoza are granted an extension of time until April 5, 2019, to file a reply in support of their motion for judgment on the pleadings; and

2. Defendant Miller is granted an extension of time until April 5, 2019, to file a reply in support of his motion for summary judgment.

IT IS SO ORDERED.

Dated: **March 22, 2019**  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE