| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL THEOPHILUS GARRAWAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACQUILINE CUIFO, *et al.*,<br><br>　　　　　Defendants. | No. 1:17-cv-00533-DAD-GSA (PC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT MILLER'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 41, 96.) |

Plaintiff Mitchell Garraway is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971), and alleging a violation of his rights under the Eighth Amendment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2020, the assigned magistrate judge issued findings and recommendations, recommending that defendant Miller's motion for summary judgment be denied. (Doc. Nos. 41, 96.) The findings and recommendation were served on both parties and contained notice that any objections thereto were to be filed within fourteen (14) days of the date of service. (*Id.*) No objections have been filed and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on March 4, 2020 (Doc. No. 96) are adopted in full;
2. Defendant Miller's motion for summary judgment, filed on February 26, 2019 (Doc. No. 41), is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 8, 2020**

_____
UNITED STATES DISTRICT JUDGE