# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL GARRAWAY,<br><br>                Plaintiff,<br><br>vs.<br><br>JACQUILINE CIUFO, et al.,<br><br>                Defendants. | 1:17-cv-00533-DAD-GSA (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE MITCHELL GARRAWAY**, **INMATE #38096-066** VIA VIDEO CONFERENCE<br><br>DATE: May 25, 2021<br>TIME: 9:30 a.m. |

      **Inmate Mitchell Garraway**, **Inmate #38096-066**, is necessary and material to a Settlement Conference on May 25, 2021, he is confined at the United States Penitentiary, Coleman I, Coleman, Florida, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear by video conference from his present institution (via Zoom)** before Magistrate Judge Stanley A. Boone, on May 25, 2021, at 9:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video (via Zoom)** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of United States Penitentiary, Coleman I, Coleman, Florida:**

      **WE COMMAND** you to produce the inmate named **above to appear by video (via Zoom)** at the time and place above, until completion of the settlement conference, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.

   Dated:   **May 1, 2021**                 **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE